# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN KASINGER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | **17-cv-1254 GSA**<br><br>**ORDER REQUIRING THE FILING OF AN AMENDED IN FORMA PAUPERIS APPLICATION**<br><br>**(Doc. 2)** |

On September 19, 2017, Plaintiff Tristan Kasinger filed a Motion to Proceed *In Forma Pauperis* ("IFP"). (Doc. 2). A review of the document reveals that it is incomplete. For example, item 4 requires that the applicant list the amount he has in cash, checking, or savings accounts. This item is left blank. (Doc. 2 pg. 2). Moreover, the application is not signed or dated. (Doc. 2 pg. 2). Finally, the Court has some concerns regarding Plaintiff's eligibility for a fee waiver as he has indicated that his wife makes $50,000.00 per year. The 2017 United States poverty guidelines for a family of two is $16,240.00 per year which is one indicator the Court uses to determine eligibility. https://aspe.hhs.gov/poverty-guidelines. Plaintiff's family income is more than three

1

the national poverty guideline. As such, Plaintiff shall file an amended application which is complete and includes an explanation why this Court should grant *in forma pauperis* to Plaintiff given his financial situation.

The Court is unable to process this application until this information is completed. Therefore, Plaintiff shall file an amended application **no later than October 20, 2017**. Alternatively, Plaintiff may pay the $400.00 fee by this same date. Plaintiff's counsel is reminded that it is important to review IFP applications for completeness and accuracy prior to filing the document in order to prevent delays and to promote judicial efficiency. **Counsel is advised that a failure to respond to this Court may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: __**October 5, 2017**__          _____/s/ Gary S. Austin__
                                                      UNITED STATES MAGISTRATE JUDGE